# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

KATE BRAVERMAN,

     **Plaintiff,**

vs.                                                    No. CIV 11-0829 JB/WDS

THE STATE OF NEW MEXICO,
THE HONORABLE SARAH SINGLETON, and
JAMES HALL

     **Defendants.**

## ORDER FINDING AS MOOT PLAINTIFF'S MOTION TO ABATE

This matter is before the Court on Plaintiff's Motion to Abate filed August 15, 2012.  (Doc. 50) Plaintiff seeks a stay of six months for reasons including, but not limited to, the fact that she is in ill health and under the care of doctors in another country.   The Court has reviewed and considered the Motion, which was unopposed by Defendants.  The Court notes that this matter was stayed by order of District Judge James Browning on September 30, 2012.  *See*, Memorandum Opinion and Order ("MOO") Document # 55.  Additionally, more than six months has passed since the filing of Plaintiff's motion.  Accordingly, the Court denies Plaintiff's Motion to Abate (Doc. 50) as moot.

     IT IS SO ORDERED.


                                          _____
                                          W. DANIEL SCHNEIDER
                                          UNITED STATES MAGISTRATE JUDGE