IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KATE BRAVERMAN,

        Plaintiff,

  vs.                                                              No. CIV 11-0829 JB/LFG

STATE OF NEW MEXICO,
SARAH SINGLETON, and
JAMES HALL,

        Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order of Dismissal, filed April 30, 2013 (Doc. 50), in which the Court dismissed Plaintiff Kate Braverman's First Amended Complaint, filed November 7, 2011 (Doc. 21).  See Memorandum Opinion and Order of Dismissal at 3.  Because the Memorandum Opinion and Order of Dismissal disposes of all parties and issues before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that Plaintiff Kate Braverman's claims and case are dismissed, and final judgment is entered.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE

*Parties and Counsel:*

Kate Braverman
Santa Fe, New Mexico

      *Plaintiff pro se*

Gary K. King
  New Mexico Attorney General
Scott Fuqua
  Assistant State Attorney
State Attorney General's Office
Santa Fe, New Mexico

    *Attorneys for Defendants State of New Mexico, Sarah Singleton, and James Hall*

Richard S. Lees
Richard S. Lees, P.A.
Santa Fe, New Mexico

    *Attorney for Intervenor Defendant Alan Goldstein*